UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>ATTORNEY DISCIPLINARY ACTIONS<br>_____ | ) ORDER OF<br>) DISBARMENT/SUSPENSION<br>)<br>)<br>)<br>)<br>) |

On April 19, 2010, the Court issued a number of Orders to Show Cause why certain attorneys should not be disbarred or suspended from the Bar of this Court as a result of suspension or disbarment from the Supreme Court of California, resignation with charges pending accepted by the Supreme Court of California, or enrollment as an involuntary inactive member of the State Bar of California with cases pending in this Court. Written responses to each Order to Show Cause were due thirty (30) days from the date of the Order to Show Cause. The Court has not received a response to its April 19, 2010 Orders to Show Cause from any attorney listed in Attachment "A" to this Order, unless otherwise noted therein. IT IS THEREFORE ORDERED that the attorneys listed in Attachment "A" to this Order are suspended or disbarred from the practice of law in this Court pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

IT IS FURTHER ORDERED that any attorney listed in Attachment

"A" to this Order who has been suspended or disbarred from the Bar of this Court will be reinstated upon proof of his or her reinstatement as an active member in good standing with the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended or disbarred by this Court will not have access to file documents electronically until the attorney has been reinstated by the State Bar of California and reinstated to the Bar of this Court.

This Order is being served pursuant to Federal Rule of Civil Procedure 5 to the current addresses of the attorneys listed in Attachment "A" as on file with the State Bar of California as of April 19, 2010.

DATE:   June 1, 2010

*Audrey B. Collins*

Audrey B. Collins
Chief United States District Judge

|   |   |
|---|---|
| 1 | Attachment A |
| 2 | |
| 3 | <u>Suspension</u> |
| 4 | 1. Douglas Dean Potratz, #183742, MC-10-156 ABC |
| 5 | 2. Isaac Estrada Guillen, #194829, MC-10-157 ABC |
| 6 | 3. Sydney Keyth Ericson, #50457, MC-10-158 ABC |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |